BEFORE THE SECOND DIVISION, MAY 26, 1943

**No. 48327.**—Protest 94677–K of Hilborn-Hamburger, Inc. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise in question is similar in all material respects to that involved in *Meyer* v. *United States* (6 Cust. Ct. 191, C. D. 459). In accordance therewith the claim was sustained.